
FILED
SEP 22 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:22-MJ-2177
)
ONE PARCEL, BEARING TRACKING NUMBER 9505 )
5133 7292 2255 4026 70, MORE FULLY DESCRIBED IN )
ATTACHMENT A. )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____EASTERN____ District of ____TENNESSEE____
*(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____September 27, 2022____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ____Duty Magistrate Judge____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 9-20-22 3:45PM    /s/ Jill E. McCook
                                                *Judge's signature*

City and state: Knoxville, TN    JILL E. McCOOK, U.S. MAGISTRATE JUDGE
                                                *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 3:22-MJ-2177 | Date and time warrant executed: 9-20-22 4:14pm | Copy of warrant and inventory left with: Knox Postmaster Pat Campbell |

Inventory made in the presence of: TFO April Farmer, Inspector Wendy Boles

Inventory of the property taken and name of any person(s) seized:

2 packages of THC gummy edibles - 70 grams
1 package of 'Top Supreme Green' marijuana - 44 grams
1 vacuum sealed package of green leafy substance - 492 grams

FILED
SEP 22 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-22-22

*Executing officer's signature*

TFO April Farmer
*Printed name and title*

Attachment A
Description of the parcels to be searched:

TARGET PARCEL is the United States Postal Service ("USPS") Priority Mail parcel containing the tracking label #9505 5133 7292 2255 4026 70, addressed to "Tiffany Sims, 122 Hamilton Circle, Oak Ridge, Tennessee 37830." Below is a photograph of TARGET PARCEL. TARGET PARCEL is currently held in a secure law enforcement location in the Eastern District of Tennessee.



## Attachment B

The items to be searched for and seized consist of the following:

a. Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing, and distributing controlled substances, but not limited to scales, baggies, and packing material.

b. Evidence of previous and/or future mailings, including mailing receipts, mailing labels, and tracking number labels.

c. Other documents relative to narcotics trafficking activity, including written instructions, addresses, logs, ledgers and other communications.

d. Concealment/packaging materials.

e. United States currency.

f. Any and all other material evidence of violations of Title 21 U.S.C. sections 841, 846 and Title 18 U.S.C. section 1956.

g. Indicia of ownership of the package, or contents thereof.